**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 809 MAL 2014
:
              Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
      v. :
:
:
:
JEREMY ROACH, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.